# United States District Court



**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

**SOUTHERN DISTRICT OF MISSISSIPPI**

**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

June 28, 2006

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUL 0 3 2006
J. T NOBLIN CLERK
BY_____DEPUTY

The Honorable David C. Bramlette
United States District Judge
P. O. Box 928
Natchez, MS 39121

         **RE:**     **GARY, Brenda Lee**
                **Docket No: 5:02cr8BrN-001**
                <u>**REQUESTING COURT INSTRUCTION/**</u>
                <u>**TERM OF SUPERVISED RELEASE EXPIRES**</u>
                <u>**JUNE 30, 2006**</u>

Dear Judge Bramlette:

      The above-named offender was sentenced by Your Honor, February 3, 2003, after pleading guilty to Theft of Public Money. Gary was sentenced to four (4) months imprisonment followed by a three (3) year term of supervised release. The Court ordered Gary to pay restitution in the amount of $16,520.00. She began her term of supervised release on July 1, 2003, and is scheduled to expire June 30, 2006.

      The offender was originally ordered to pay the restitution at a rate of not less than $100.00 per month, to begin sixty (60) days after her release from prison. Over the course of her supervision, Gary paid sporadically at best. She supports herself with an SSI benefit check and minimal monies earned from babysitting. The offender's family has been under a tremendous strain for over a year. Brenda Gary's daughter, Amisha Anderson, was nearly killed in a house fire in Hermanville, Mississippi, on June 17, 2005, after receiving third degree burns to over fifty percent of her body. These injuries occurred while getting her two small children out of the burning house. She spent over seven (7) months in the Nashville Burn Center in Nashville, Tennessee, before returning home to Hermanville. While Amisha was in the burn center, Gary cared for the children at her Hermanville residence.

      As of this writing the offender has a current balance of $14,799.00. If Gary's supervision was extended in efforts to collect more restitution, the gain would be minimal. This officer recommends the Court allow Gary's term of supervised release to expire June 30, 2006, as scheduled, with any remaining restitution balance to be monitored by the U.S. Attorney's Financial Litigation Unit (FLU).

RE: GARY, Brenda Lee
REQUESTING COURT INSTRUCTION/
TERM OF SUPERVISED RELEASE
EXPIRES JUNE 30, 2006
PAGE 2 OF 2

Please advise if Your Honor concurs with this plan or if the Court wishes another course of action. Please mark the appropriate statement below and file with the Clerk of Court.

Respectfully submitted,

*Chris Counts* by MSG
Chris Counts
U.S. Probation Officer

Reviewed and Approved:

*Martha S. Gardner*
Martha S. Gardner, Supervising
U.S. Probation Officer

___✓___  The Court orders Brenda Lee Gary's term of supervised release to expire, as scheduled, on June 30, 2006, with the United States Attorney's Financial Litigation Unit monitoring and collecting any remaining restitution balance.

_____  The Court wishes an alternative plan of action as follows:

_____

_____

Dated this the __3rd__ day of __June__, 2006.

*David C. Bramlette*
David C. Bramlette
United States District Judge